408

**No. 42259.**——Protest 953488–G of Greenberg & Josefsberg. Abstract 41771. Application by Government for rehearing denied.

BEFORE THE FIRST ·DIVISION, SEPTEMBER,29, 1939

**No. 42260.**—Protest 992409–G of Eclipse Import Corp. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 the siren whistles and horns in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 42261.**—Protests 975928–G, etc., of Ritter Carlton Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of harmonicas similar to those passed upon in Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained.

**No. 42262.**—Protests 970919–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 40493 squawker balloons composed wholly or in part of bamboo were held dutiable at 45 percent under paragraph 409 as claimed.

**No. 42263.**—Protests 987402–G, etc., of Levin Bros. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of paper play balls, not toys, similar to those the subject of Abstract 40492. The claim at 45 percent under paragraph 1413 was therefore sustained.

**No. 42264.**—Protest 816004–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of stands wholly or in chief value of wood similar to those passed upon in *Kwong v. United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 42265.**—Protest 964328–G of M. Pressner & Co. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of rubber trick flowers with snakes similar to that the subject of Abstract 41462. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.